# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANCES PUNZO,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | NO. 20-5581 |
| **SUGARHOUSE CASINO,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 5th day of January, 2022, upon consideration of Plaintiff's Motion to Compel Audition Scoresheets (Doc. No. 12), Defendant's Response (Doc. No. 13), Defendant's Response to the Order to Show Cause (Doc. No. 15), Plaintiff's Reply (Doc. No. 16), and Defendant's Sur-reply (Doc. No. 17-2), it is hereby **ORDERED** that:

a. Defendant's Motion for Leave to File a Response to Plaintiff's Response to Order to Show Cause (Doc. No. 17) is **GRANTED**.

b. Plaintiff's Motion to Compel or for an Adverse Inference (Doc. No. 12) is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**