# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS PUNZO,** | : CIVIL ACTION |
| *Plaintiff*, | : |
| v. | : NO. 20-5581 |
| **SUGARHOUSE CASINO,** | : |
| *Defendant*. | : |

## ORDER

**AND NOW**, this 12th day of July, 2022, upon consideration of Defendant Sugarhouse Casino's Motion for Summary Judgment (Doc. No. 18), Plaintiff Francis Punzo's Response (Doc. No. 20), Defendant's Reply (Doc. No. 23), and the parties' exhibits, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**